**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**By: FARRAH Y. HUSSEIN**
Assistant City Attorney, SBN 305726
CITY OF VALLEJO, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: farrah.hussein@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO and BRIAN MURPHY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCARLETT ANN JONES,<br><br>Plaintiff<br><br>vs.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, BRIAN MURPHY; and DOES 1through 20,<br><br>Defendants. | Case No. 2:22-cv-01574-WBS-JDP<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that Defendants' deadline to file a responsive pleading be extended by fourteen (14) days pursuant to FRCP 6 (b)(1)(A). There has been one (1) previous stipulation to extend time when this action was pending transfer. This brief extension is sought due to a Covid-19 outbreak in Defendants' office. The new deadline is October 20, 2022.

DATED: October 3, 2022

*s/ Tiega-Noel Varlack*
TIEGA-NOEL VARLACK
Attorney for Plaintiff
SCARLETT ANN JONES

Date: October 3, 2022

*/s/ M. Alieu Iscandari*
M. ALIEU ISCANDARI
Attorney for Plaintiff
SCARLETT ANN JONES

DATED: October 3, 2022

*/s/ Farrah Hussein*
FARRAH HUSSEIN
Assistant City Attorney
Attorney for Defendants
CITY OF VALLEJO and BRIAN MURPHY

**IT IS SO ORDERED.**

Dated: October 3, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE