1  **VERONICA A.F. NEBB**
   City Attorney, SBN 140001
2  **BY:  FARRAH HUSSEIN**
   Assistant City Attorney, SBN 305726
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street
4  Vallejo, CA  94590
   Tel: (707) 648-4545
5  Fax: (707) 648-4687
   Email:   Farrah.Hussein@cityofvallejo.net
6
7  Attorneys for Defendant, CITY OF VALLEJO and BRIAN MURPHY

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLETT ANN JONES,<br><br>            Plaintiff<br><br>      vs.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, BRIAN MURPHY; and DOES 1 through 20,<br><br>            Defendants. | Case No: 2:22-cv-01574-WBS-JDP<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT, RESPONSIVE PLEADING, AND ORDER** |

   **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Plaintiff will file a First Amended Complaint by November 18, 2022, and Defendant will file a responsive pleading within fourteen (14) days thereafter, pursuant to Federal Rule of Civil Procedure 15(a)(3). The purpose of this stipulation is to promote judicial efficiency and avoid unnecessary or duplicative motion filing.

/ / /
/ / /

```
DATED:   October 20, 2022         /s/ M. Alieu Iscandari
                                  M. ALIEU ISCANDARI
                                  Attorney for Plaintiff
                                  SCARLETT ANN JONES


DATED:   October 20, 2022         /s/ Farrah Hussein
                                  FARRAH HUSSEIN
                                  Assistant City Attorney
                                  Attorney for Defendant CITY OF
                                  VALLEJO and BRIAN MURPHY
```

**IT IS SO ORDERED.**

Dated:   October 21, 2022         _____
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE