UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCARLETT ANN JONES, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, DETECTIVE MURPHY, and DOES 1 through 20,<br><br>        Defendant. | No. 2:22-cv-01574 WBS JDP<br><br>ORDER RE: MOTION TO STAY |

----oo0oo----

Plaintiff has filed a motion to stay this case pending proceedings in Solano County Superior Court in a related case. (Docket No. 24.)  In light of the parties' agreement, this case is hereby STAYED for 120 days.  The parties shall file a joint status report upon resolution of the related proceedings in state court or within 120 days, whichever is earlier.  Any pending dates or deadlines in this case are hereby VACATED.

      IT IS SO ORDERED.

Dated:  December 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1