UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCARLETT ANN JONES, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, DETECTIVE MURPHY, and DOES 1 through 20,<br><br>　　　　Defendant. | No. 2:22-cv-01574 WBS JDP<br><br>ORDER |

----oo0oo----

The court previously stayed this case for 120 days pursuant to the agreement of the parties, pending proceedings in Solano County Superior court in a related case, and vacated all pending dates and deadlines. (Docket No. 25; see also Docket No. 24.) More than 120 days have passed since the court's order, and the parties appear to no longer agree to a stay. (See Docket No. 26.) Accordingly, the court hereby LIFTS the stay in this case and sets a status conference for **May 22, 2023** at **1:30 p.m.** in

1

Courtroom 5.

The parties shall file a joint status report by **May 10, 2023** setting forth (1) the status of the related state court proceedings, (2) the parties' positions as to whether the court should order the return of plaintiff's property, (3) proposed dates and deadlines and all information required by the court's Order re: Status (Pretrial Scheduling) Conference (Docket No. 18), and (4) any other information the parties wish to bring to the court's attention.

IT IS SO ORDERED.

Dated:   April 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE