1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                  ----oo0oo----

11

12  SCARLETT ANN JONES, an               No. 2:22-cv-01574 WBS JDP
    individual,

13
                  Plaintiff,

14                                       ORDER
         v.

15
    CITY OF VALLEJO,

16  VALLEJO POLICE DEPARTMENT,
    DETECTIVE MURPHY, and

17  DOES 1 through 20,

18                Defendant.

19

20                                  ----oo0oo----

21          The court previously lifted the stay in this case and

22  set a status conference for May 22, 2023.  The court also

23  directed the parties to file a joint status report setting forth:

24       (1) the status of the related state court proceedings,
         (2) the parties' positions as to whether the court

25       should immediately order the return of plaintiff's
         property, (3) proposed dates and deadlines and all

26       information required by the court's Order re: Status
         (Pretrial Scheduling) Conference (Docket No. 18), and

27       (4) any other information the parties wish to bring to
         the court's attention.

28
                                      1

1          While the parties did file a joint status report with

2    some of the information listed above, the parties did not include

3    proposed dates and deadlines for the case.  Instead, the parties

4    stated, inter alia, that they were "meeting and conferring

5    regarding the scheduling of the Rule 26 conference and all

6    operative discovery dates" and explained that they would

7    "schedule a Rule 26 conference within thirty (30) days".  (Docket

8    No. 28.)

9          Accordingly, the court hereby ORDERS that the parties

10   file an amended joint status report in compliance with the

11   court's Order re: Status (Pretrial Scheduling) Conference (Docket

12   No. 18), Local Rule 240, and Federal Rule of Civil Procedure

13   26(f).[1] As required by the court's orders and the local and

14   federal rules, the amended joint status report shall include <u>all</u>

15   proposed dates and deadlines for this action, including proposed

16   dates for a pretrial conference and trial, and deadlines for

17   discovery and for filing of dispositive motions.  The amended

18   joint status report shall be filed by **May 25, 2023**.  The status

19   conference currently set for May 22, 2023 is hereby CONTINUED to

20   **June 5, 2023** at 1:30 p.m. in Courtroom 5.

21          IT IS SO ORDERED.

22   Dated:  May 17, 2023

23   _____
     WILLIAM B. SHUBB
24   UNITED STATES DISTRICT JUDGE

25

26   _____
          [1]     The court's Order re: Status (Pretrial Scheduling)
27   Conference (Docket No. 18) referred to Local Rule 240 and Federal
     Rule of Civil Procedure 26(f) in discussing what information
28   should be provided to the court.

                                    2