M. Alieu Iscandari Esq. (SBN 184307)
**ISCANDARI & ASSOCIATES**
333 Hegenberger Road, Ste. 503
Oakland, CA 94621
Telephone: (510)-606-9062)
Facsimile: (510)-722-2241)
E-mail: izcan79@gmail.com

Tiega-Noel Varlack Esq. (SBN 248203)
**VARLACK LEGAL SERVICES**
Gatehouse Plaza II
1260 B Street, Suite 350
Hayward, CA 94541
Telephone: (510) 397-2008
Facsimile: (510) 397-2997
E-mail: tiega@varlacklegal.com

Attorneys for Plaintiff,
SCARLETT ANN JONES

List of Counsel continued on page 2.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| SCARLETT ANN JONES, an individual, | Case No.: **2:22-CV-01574-WBS-JDP** |
|---|---|
| Plaintiff, | [Assigned for All Purposes to The Honorable Judge William B. Shubb] |
| vs. | |
| CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, DETECTIVE MURPHY, and DOES 1 through 20, | [PROPOSED] **ORDER TO EXTEND DISCOVERY DEADLINE** |
| Defendants, | |

Veronica A.F. Nebb
City Attorney, SBN 140001
By: Hampton A. Jackson
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO, City Hall**
555 Santa Clara Street,
3rd Floor Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendants,
CITY OF VALLEJO and BRIAN MURPHY

**ORDER**

Pursuant to the stipulation of the parties hereto, and with good cause existing,

    IT IS HEREBY ORDERED that the discovery deadline will be extended to June 26, 2024, to allow for the completion of the deposition of Detective Brian Murphy and to also permit the deposition to occur on June 26, 2024.

IT IS SO ORDERED.

Dated:   June 24, 2024    _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE