UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCARLETT ANN JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, DETECTIVE MURPHY, and DOES 1 through 20,<br><br>Defendants. | No. 2:22-cv-01574 WBS JDP<br><br>ORDER |

----oo0oo----

On October 31, 2024, the court stayed this action pending resolution of the related proceedings in state court and ordered the parties to file a status report upon resolution of the state proceedings or within 120 days.  (Docket No. 51.) After 120 days passed, the parties filed a status report explaining that the state proceedings are still ongoing, with an evidentiary hearing set for April 24, 2025.  (Docket No. 52.)

Accordingly, this case will remain stayed pending resolution of the state proceedings.  The parties shall file a

1

1 | joint status report on or before May 30, 2025, providing an
2 | update on the state proceedings.
3 |      IT IS SO ORDERED.
4 | Dated: March 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE