UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCARLETT ANN JONES, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, DETECTIVE MURPHY, and DOES 1 through 20,<br><br>          Defendants. | No. 2:22-cv-01574 WBS JDP<br><br>ORDER |

----oo0oo----

The court previously stayed this action pending resolution of the related proceedings in state court. (Docket No. 51.) A status report filed by defendants indicates that the state proceedings remain pending, with an evidentiary hearing set for August 25, 2025. (Docket No. 54.)

Accordingly, the case will remain stayed pending resolution of the state proceedings. The parties shall file a joint status report on or before September 30, 2025, providing an

1

1  update on the state proceedings.
2           IT IS SO ORDERED.
3  Dated:  June 5, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE