UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCARLETT ANN JONES, an
individual,

               Plaintiff,

    v.

CITY OF VALLEJO, VALLEJO POLICE
DEPARTMENT, DETECTIVE MURPHY,
and DOES 1 through 20,

               Defendants.

No. 2:22-cv-1574 WBS JDP

ORDER

----oo0oo----

The court previously stayed this action pending resolution of the related proceedings in state court. (Docket No. 51.) A joint status report filed by the parties indicates that the state proceedings remain pending, with an evidentiary hearing continued to an undetermined date. (Docket No. 56.)

Accordingly, the case will remain stayed pending resolution of the state proceedings. The parties shall file a joint status report on or before May 29, 2026, providing an

1

update on the state proceedings.

IT IS SO ORDERED.

Dated:   February 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE